## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: KEVIN BARNETT                                     NO. 07-02299-NPO

EDWIN WELSH AND EDW INVESTMENTS, LLC                     PLAINTIFFS

VS.                                                      ADVERSARY NO. 08-00086-NPO

KEVIN BARNETT, DEBTOR AND
DEREK HENDERSON, TRUSTEE                                 DEFENDANTS

### AGREED NONDISCHARGEABLE JUDGMENT

This matter having come on before this Court on the amended complaint of Edwin Welsh and EDW Investments, LLC and the Court having found that the parties are agreeable to the entry of this judgment.

IT IS THEREFORE ORDERED AND ADJUDGED that Edwin Welsh and EDW Investments, LLC are hereby granted a nondischargeable judgment pursuant to 11 U.S.C. § 523 against Kevin Barnett in the sum of $70,000.00, for all of which let execution issue. No interest shall accrue thereon. The relief sought in the amended complaint pursuant to 11 U.S.C. § 727 is hereby dismissed with prejudice.

Agreed:

/s/ Jeff D. Rawlings
Attorney for Edwin Welsh and
EDW Investments, LLC

/s/ Eddie J. Abdeen
Attorney for Kevin Barnett

/s/ Derek A. Henderson
Chapter 7 Trustee

/s/ Ron McAlpin
U.S. Trustee

Neil P. Olack
United States Bankruptcy Judge
Dated: January 14, 2010

EXHIBIT "1"