
Northwestern Mutual

Writer's Direct Dial: (414) 665-2109
Writer's Fax: (414) 625-2109

May 23, 2017

*Via Email and Facsimile*

C. Victor Welsh III, Esq.
Pittman Germany Roberts & Welsh
410 South President Street
P.O. Box 22985
Jackson, MS 39201

Re: Edwin Welsh and EDW Investments, LLC v. Kevin Barnett and
The Northwestern Mutual Life Insurance Company, garnishee-defendant
Cause No. CI2013-0359-JE

Dear Mr. Welsh:

We have been informed that you represent the plaintiff in the above-captioned action. I am writing to follow up on the Writ of Garnishment served on Northwestern Mutual in this matter on October 9, 2014.

Due to Northwestern Mutual's receipt of the garnishment, we restricted the property owned by Kevin Barnett. To date, no action has been taken by the plaintiff to seek funds from the Northwestern Mutual property owned by Mr. Barnett.

I ask that you please contact me immediately to discuss this case. However, know that if we do not hear from you within five business days of the above date, or May 31, 2017, we will remove the restrictions from the property owned by Kevin Barnett and close our file regarding this matter.

Sincerely,

Cynthia A. Fryjoff
Senior Legal Process Coordinator